UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

**CIVIL RIGHTS COMPLAINT FORM**

Timothy Cain

CASE NUMBER: 6:11-CV-1315-ORL-28GJK
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Crissy Wallschlager
Armor Correctional Health Services

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Brevard County Jail
(Indicate the name and location)
860 Camp Rd Cocoa Fl 32927

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)                                              1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No ( )

       a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

       b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)  2

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __6th__ day of __August__, 2 _011_ .

_____
Signature of Plaintiff

_____ 8-6-11

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (X) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (X) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (X) No ( )

C. If your answer is YES:

  1. What steps did you take? Filed Grievance Filed 2 appeals

  2. What were the results? Denied

  3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 6th day of August, 2011.

_____
Signature of Plaintiff

[signature] 8-6-11

IV.  **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): N/A

   Defendant(s): N/A

2. Court (if federal court, name the district; if state court, name the county):
   N/A

3. Docket Number: N/A

4. Name of judge: N/A

5. Briefly describe the facts and basis of the lawsuit:
   N/A

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
   N/A

7. Approximate filing date: N/A

8. Approximate disposition date: N/A

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)                                        5

_____

_____

_____

_____

_____

V. **PARTIES**: In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Timothy Cain

   Mailing address: 860 Camp Rd Cocoa, Fl 32927

B. Additional Plaintiffs: N/A

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Armor Correctional Health Services

   Mailing Address: 860 Camp Rd
   Cocoa, Fla 32927

   Position:

   Employed at:

D. Defendant: Crissy Wallschlager

   Mailing Address: 860 Camp Rd
   Cocoa, Fla 32927

   Position: Health Service Administrator

   Employed at: Brevard County Jail

DC 225 (Rev. 9/03)                                 6

E. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

F. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

G. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

VI. **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Right to Medical treatment

VII. **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

On 5-16-11 Filed sick call was seen by Nurse and refered to doctor. On 6-25-11 saw Nurse Practicioner Browning and was told either by medication thrue Comissary or shower and not to use soap. On 6-27-11 filed grievance addressing issue. (See Attached) Exhibit A Responce recieved stating by Ms. Wallschlanger condition does not warrant treatment just education on item to "Avoid" Filed Appeal 7-3-11 See attached Exhibit B Responce by Miss Wallschlanger stated health provider did not deem treatment necesarry

**Statement of Facts, continued:**

Filed 2nd Appeal 7-12-11 Ms. Wallschangers responce stated: (See attached) Exhibit C Well being was not threatened items that was needed for treatment health and comfort items.

To date still have sever dry skin that is cracked and seeping with no medical treatment.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

_Treatment_

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _6th_ day of _August_, 2_011_.

_[signature]_
(Signatures of all Plaintiffs)

_[signature] 8-6-11_

**BREVARD COUNTY JAIL COMPLEX**
**MEDICAL GRIEVANCE FORM**

RECEIVED BY MEDICAL
DATE 6-28-11
TIME 0813

92

PATIENT NAME (Print): Timothy Cain
CID: 270893

PATIENT DATE OF BIRTH: 3-19-68
Cell: A-108

Explanation of Grievance: On 6-25-11 I saw nurse Browning about dry, chapped and cracked skin on my face, causing raw spots and sores. I asked for A+D ointment to help aleave this condition. She said A+D ointment was not for this purpose, and would not proscribe it. Note: A+D ointment package states for purpose of Relief of chapped, chafed, or cracked skin also open sores! When asked to do some thing she said she was told by her Boses to either: Refer people with this condition to Comissary or tell them to use cold water and no soap to was with! Not to proscribe any thing for this condition. First telling people to not bathe properly is 1) Unhygenic 2) Dangerous 3) ilegal. Prisoners get better care than this! Not being convicted of any thing I still have my rights. One of which is proper medical treatment! Being told to either purchase comisary or not bathe properly does not fall as proper medical care. Having cracked skin (open sores) in this inviroment is dangerous. As all of the Staff cases and other infectous deseases people have cought here attest to. I ask that my condition be addressed properly and treated as remedy. Please note: I have been here for 3 1/2 years and am indegent. Respectfully

A. Hillman 7030                    (Patient Signature)
RECEIPT OF GRIEVANCE:        (Date/Time)        (Nurse Signature)

RESPONSE: Mr. Cain,
Armor Correctional Health Services provides medically necessary care. And at this time your condition does not warrant treatment, just education on items to avoid.

(Administration Signature)   6/30/11  (Date/Time)   (Exhibit A)

CRISSY WALLSCHLAGER, R.N., C.C.H.P.
HEALTH SERVICE ADMINISTRATOR

RECEIVED BY MEDICAL
DATE 7-3-11
TIME 0800

# BREVARD COUNTY JAIL COMPLEX
## MEDICAL GRIEVANCE FORM

9

**PATIENT NAME (Print):** Timothy Cain

**CID:** 270893

**PATIENT DATE OF BIRTH:** 3-19-68

**Cell:** A108 316

**Explanation of Grievance:** The responce I recieved from Ms. Wallschlager is Not adequate. It basicaly states that a person must: 1) either be dieing or 2) Have a severe medical problem "before" medical treatment is provided by Armor. This is "not" what the Florida Statue (Law) states that Armor opperates under. Note: I have sores/scabs from severe dry cracked skin. Being told to "Not to use soap" to bathe! Is "not" educational! It "is" a direct attempt to either: 1) Save Armor money by avoiding Proper Medical treatment or 2) Boister Commissary sales. For I was told I could get the needed items through comissary. Necessary; is defined by Websters as: Unavoidable; Essential as above this is Not what the Florida Law requires. It emplys at deaths door. The directive of the law Armor opperates under is for "Preventive" Medical treatment. I need Not have contracted Stuff or Sores for you to provide medical treatment. I AM NOT A Ward of the State so Retain all of My Rights. One of Which is Proper Medical Treatment, as Stated in the Fl constitution, and Armor's directive under the constitution.

(Patient Signature) Timothy Cain

**RECEIPT OF GRIEVANCE:** 7/3/11 2208 (Date/Time) (Nurse Signature)

**RESPONSE:** Mr. Cain,

The Health Care Provider did not deem it medically necessary for treatment at this the time of your appointment. If your condition has changed please submit a sick call request.

(Administration Signature) 7/7/11 1254 (Date/Time)

CRISSY WALLSCHLAGER, R.N., C.C.H.P.
HEALTH SERVICE ADMINISTRATOR

(Exhibit B)

45

# BREVARD COUNTY JAIL COMPLEX
# MEDICAL GRIEVANCE FORM

RECEIVED BY MEDICAL
DATE 7-13-11
TIME 1445

PATIENT NAME (Print): Timothy Cain.   CID: 270893

PATIENT DATE OF BIRTH: 3-19-68   Cell: D 456

**Explanation of Grievance:** The responce I recieved does not address the issue. Which is 2 things. One (1) why was it deemed not medicaly necessary to treat my condition, but the condition was sever anuff to tell me to purchase medication through commissary or Second issue (2) Not to use soap to shower/bathe with. Which is unsanitary. And why is it Armor's policy to tell people to do such, nowing full well how dangerous and unsanitary it is to do so. Thus risking the persons very life, that Armor is suppose to help keep healthy by providing proper medical care.

Please send me a copy of this ARMOR policy, with responce.

(Patient Signature)

**RECEIPT OF GRIEVANCE:** 7/12/11 2110   (Date/Time)   (Nurse Signature)

**RESPONSE:** Mr Cain, The medical Professional that evaluated you did not believe your well-being was threatened. The items you were requesting are for the personal comfort & convenience of yourself. The Health Care Provider simply educated you on alternative ways to prevent dry skin.

(Administration Signature)   7/18/11 1237  (Date/Time)

CHRISSY WALLSCHLAGER, R.N., C.C.H.P.
HEALTH SERVICE ADMINISTRATOR

(Exhibit C)